No. 13,633.

DRESSER ET AL. v. STEWART.
(55 P. [2d] 1343)

Decided February 24, 1936.

Judgment affirmed in department without written opinion, MR. CHIEF JUSTICE CAMPBELL, MR. JUSTICE BURKE and MR. JUSTICE HOLLAND participating.

Mr. E. G. VANATTA, for plaintiffs in error.

Mr. SID PLEASANT, for defendant in error.